Núm. 8180.—Arzuaga, apldo. *v.* Vélez, aplte.— 
 Noviembre 27,
1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Examinado el escrito de la parte apelante en respuesta a la notificación que se le hizo para que expusiera las razones que pudiera tener para que no se desestimara su apelación por haber dejado de presentar en tiempo su alegato, no estimando dichas razones suficientes a la luz de los hechos que surgen de los autos y que se exponen en la opinión que sirvió de base a la orden de citación, especialmente si se tiene en cuenta que el apelante estuvo representado desde el inicio del pleito por una firma de abogados compuesta de tres; vistas la ley, las reglas y la jurisprudencia aplicables, debe desestimarse y se desestima el recurso.

Núm. 8196.—The Royal Bank of Canada, apldo. *v.* Cruz, aplte.
 Diciembre 17, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, el legajo de sentencia y la transcripción de evidencia fueron radicados en esta Corte desde el 20 de mayo de 1940, habiéndose concedido al apelante prórrogas para la radicación de su alegato, la última de las cuales venció el 10 de julio último sin que hasta la fecha lo haya radicado ni solicitado prórroga alguna para ello;

Por cuanto, el apelado, con fecha 28 del mes pasado radicó una moción en la que solicita se desestime el recurso tanto por defecto de alegato del apelante cuanto por ser la apelación frívola;

Por cuanto, señalada la moción para desestimar y notificado el señalamiento a las partes, no compareció el apelante a sostener su recurso;

Por tanto, vistos los autos de este caso y el artículo 59 del Reglamento de este Tribunal, se desestima el recurso, sin que consideremos el segundo motivo, o sea el de frivolidad, por ser innecesario a los efectos de esta resolución.